UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Deshawn Peterson

    Defendant.

_____/

Criminal No. 21-20065

Hon. Robert H. Cleland

## ORDER TO SEAL

The government having moved to seal Exhibit 1 to Government's Response to Defendant's Motion to Suppress Cellphone Evidence and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Exhibit 1 to Government's Response to Defendant's Motion to Suppress Cellphone Evidence be sealed until further Order of the Court.

                                                                                  s/Robert H. Cleland
                                                                                  Robert H. Cleland
                                                                                  United States District Judge

Dated: August 10, 2021